| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | MARISSA HARRIS (NYBN 4763025)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5061<br>FAX: (408) 535-5066<br>marissa.harris@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 18-CR-001 BLF |
| Plaintiff, | ) ) | JOINT STIPULATION AND ORDER FOR EXCLUSION OF TIME FROM SEPTEMBER 24, 2019 UNTIL NOVEMBER 5, 2019 FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(H)(7)(A) AND (H)(7)(B)(IV)] |
| v. | ) ) | |
| OSCAR CAMACHO, JR., | ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION

On September 24, 2019, the parties appeared before the Honorable Beth L. Freeman for a status conference. Defense counsel requested a continuance and exclusion of time to coordinate with Camacho Jr.'s new defense counsel in another criminal case charged in the Central District of California and to further consider potential global resolutions of both cases, including a transfer or dismissal of this case upon sentencing in the Central District. Accordingly, the parties agreed to continue the present case for a status conference on November 5, 2019, at 9:00 a.m.

The parties hereby stipulate that the time between September 24, 2019 and November 5, 2019, at 9:00 a.m., should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow each counsel sufficient time to effectively

1
JOINT STIPULATION AND ORDER TO EXCLUDE TIME 18-CR-001 BLF

prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

DATED: September 25, 2019

/s/
MARISSA HARRIS
Assistant United States Attorney

DATED: September 25, 2019

/s/
MICHAEL HINCKLEY
Counsel for Oscar Camacho, Jr.

ORDER

Based upon the stipulation of the parties, and for good cause shown, the COURT HEREBY ORDERS that the time between September 24, 2019 and November 5, 2019, at 9:00 a.m., is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv). The Court finds that the failure to grant this request would unreasonably deny each counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

The Court therefore concludes that this exclusion of time should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

DATED: September 27, 2019

HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE