DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARISSA HARRIS (NYBN 4763025)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
marissa.harris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 18-CR-000001 BLF |
| Plaintiff, | ) ) | NOTICE OF DISMISSAL |
| v. | ) ) | |
| OSCAR CAMACHO, JR., | ) ) | |
| Defendant. | ) ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Oscar Camacho, Jr. without prejudice.

DATED: 3/4/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
HALLIE HOFFMAN
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Oscar Camacho, Jr.

Date: March 16, 2020

*[signature: Beth Labson Freeman]*
HON. BETH L. FREEMAN
United States District Judge